JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL UTTER, an individual; JACQUELYN UTTER, an individual, <br><br> Plaintiffs, <br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No: 2:23-cv-05158-RGK-MAR <br> Dist. Judge: R. Gary Klausner <br> Mag. Judge: Margo A. Rocconi <br> Courtroom: 850 <br><br> **ORDER** <br><br> Complaint Filed: May 24, 2023 <br> Trial Date: None |

The Joint Stipulation to Remand is approved. The entire action is remanded to the Superior Court of California, County of Los Angeles, case No. 23STCV11769

All pending dates are vacated. The Clerk shall close this case.

**IT IS SO ORDERED.**

Date: 7/26/2023

_____
Honorable R. Gary Klausner
U.S. DISTRICT JUDGE